IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc., etal
    **Plaintiff**

vs.

**SUMMONS**

CIVIL ACTION NO. [Case No.]
DKC04-3520

RSP & Associates, LLC
    **Defendant**

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

    Hugh J. Marbury Piper RudnickLLP 6225 Smith Avenue, Baltimore MD 21209

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Sincerely,

FELICIA C. CANNON, CLERK

By: _Nadine Mercer_
    **Deputy Clerk**

DATE: 11/03/04

U.S. District Court (11/1999) - Summons

**NOTICE** - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov