UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC.<br><br>and<br><br>CoSTAR GROUP, INC.<br>      Plaintiffs<br>   v.<br>RSP & ASSOCIATES, LLC<br>      Defendant | Civil Action No. DKC04-3520 |

**PLAINTIFFS' DISCLOSURE OF CORPORATE AFFILIATION
AND FINANCIAL INTEREST**

Pursuant to Local Rule 103.3, Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. disclose that CoStar Realty Information, Inc. is a wholly-owned subsidiary of CoStar Group, Inc. There are no other business entities which may have a financial interest in this case.

_____
Hugh J. Marbury (Fed. Bar No. 24653)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)

Keith W. Medansky
Alan S. Dalinka

Piper Rudnick LLP
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
312-368-4000
312-236-7516 (facsimile)

Attorneys for CoSTAR REALTY INFORMATION, INC., a Delaware Corporation, and CoSTAR GROUP