UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC.<br><br>and<br><br>CoSTAR GROUP, INC.,<br>                 Plaintiffs,<br>v.<br>RSP & ASSOCIATES, LLC,<br>                 Defendant. | Civil Action No. DKC04-3520 |

**STIPULATION TO EXTEND TIME TO RESPOND**

Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. stipulate that Defendant RSP & Associates, LLC may have until Monday, December 20, 2004 to respond to the Amended Complaint.

                                                  /s/
                            Hugh J. Marbury (Fed. Bar No. 24653)
                            Piper Rudnick LLP
                            6225 Smith Avenue
                            Baltimore, Maryland 21209
                            410-580-3000
                            410-580-3001 (facsimile)

                            Keith W. Medansky
                            Alan S. Dalinka
                            Piper Rudnick LLP
                            203 North LaSalle Street, Suite 1800
                            Chicago, Illinois 60601
                            312-368-4000
                            312-236-7516 (facsimile)

                            Attorneys for CoStar Realty Information, Inc.
                            and CoStar Group, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of November, 2004, a copy of the Stipulation to Extend Time to Respond was mailed, postage prepaid, to Timothy P. Landis, Esquire, Pioneer Park Building, Suite 504, 715 SW Morrison Street, Portland, Oregon 97205, attorney for RSP & Associates LLC.

_____
Hugh J. Marbury

**SO ORDERED** this ____ day of _____, 2004.

_____
Deborah K. Chasanow
United States District Court Judge

2

~BALT1:4140052.v1 |11/24/04
308078-20