UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASE # DKC04-3520

COSTAR REALTY INFORMATION INC.
vs.　　　　　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE
RSP & ASSOCIATES LLC

I hereby certify that I am a competent person 18 years of age or older and meet the requirements in the state of service, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.
　　I further certify that I made service of the foregoing
SUMMONS; COMPLAINT; AMENDED COMPLAINT
upon the individuals and other legal entities to be served, named below, by delivering or leaving true copies of said documents, as follows:

Upon **RSP & ASSOCIATES LLC c/o RYAN S. PRUSSE, R.A.** by delivering such true copy to **CHERYL GORDON,** who is a/the **PERSON AUTHORIZED TO RECEIVE SERVICE** thereof, at **9450 SW COMMERCE CIRCLE #101, WILSONVILLE, OR 97070,** on **November 9, 2004,** at **11:47 AM.**

_____
(signature)
Keith A. Mozejko

STATE OF OREGON, County of Multnomah.
Signed and affirmed before me on November 12, 2004.
_____ (SEAL)
NOTARY PUBLIC - OREGON
My commission expires: 6-17-05
CLIENT: NATIONWIDE PROCESS SERVICES OF GLEN BURNIE
IPS# 26335

OFFICIAL SEAL
LISA M CARTER
NOTARY PUBLIC - OREGON
COMMISSION NO. 346913
MY COMMISSION EXPIRES JUNE 17, 2005

INTERSTATE PROCESS SERVING, INC. *PO Box 156, Beaverton OR 97075*(503)452-7179
members of
Oregon Association of Process Servers
National Association of Professional Process Servers
Washington State Process Servers Association