UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC.<br><br>and<br><br>CoSTAR GROUP, INC.,<br>  Plaintiffs,<br>v.<br>RSP & ASSOCIATES, LLC,<br>  Defendant. | Civil Action No. DKC04-3520 |

**STIPULATION TO EXTEND TIME TO RESPOND**

Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. stipulate that Defendant RSP & Associates, LLC may have until Monday, January 24, 2005 to respond to the Amended Complaint.

_____
Hugh J. Marbury (Fed. Bar No. 24653)
DLA Piper Rudnick Gray Cary LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)

Keith W. Medansky
Alan S. Dalinka
DLA Piper Rudnick Gray Cary LLP
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
312-368-4000
312-236-7516 (facsimile)

Attorneys for CoStar Realty Information, Inc. and CoStar Group, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2005, a copy of the Stipulation to Extend Time to Respond was mailed, postage prepaid, to Timothy P. Landis, Esquire, Pioneer Park Building, Suite 504, 715 SW Morrison Street, Portland, Oregon 97205, attorney for RSP & Associates LLC.

_____
Hugh J. Marbury

**SO ORDERED** this ____ day of _____, 2005.

_____
Deborah K. Chasanow
United States District Court Judge