UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC. <br><br> and <br><br> CoSTAR GROUP, INC., <br>    Plaintiffs, <br><br> v. <br><br> RSP & ASSOCIATES, LLC, <br>    Defendant. | Civil Action No. DKC04-3520 |

**NOTICE OF CHANGE OF FIRM NAME**

Please take notice that the law firm of Piper Rudnick LLP has changed its name to DLA Piper Rudnick Gray Cary US LLP.

_____
Hugh J. Marbury (Fed. Bar No. 24653)
DLA Piper Rudnick Gray Cary LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)

Keith W. Medansky
Alan S. Dalinka
DLA Piper Rudnick Gray Cary LLP
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
312-368-4000
312-236-7516 (facsimile)

Attorneys for CoStar Realty Information, Inc.
and CoStar Group, Inc.