UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC.

and

CoSTAR GROUP, INC.,

　　　　Plaintiffs,

v.

RSP & ASSOCIATES, LLC,

　　　　Defendant.

Civil Action No. DKC04-3520

## STIPULATION TO EXTEND TIME TO RESPOND

The parties, CoStar Realty Information, Inc., CoStar Group, Inc., Plaintiffs, and RSP & Associates, LLC, Defendant, by and through their undersigned counsel, move for an extension of time to Tuesday, March 15, 2005 to respond to the Amended Complaint.

_____
Hugh J. Marbury (Fed. Bar No. 24653)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)

Keith W. Medansky
Alan S. Dalinka
Piper Rudnick LLP
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
312-368-4000
312-236-7516 (facsimile)

Attorneys for CoStar Realty Information, Inc.
and CoStar Group, Inc.

_____
Timothy P. Landis
Pioneer Park Building, Suite 504
715 SW Morrison Street
Portland, Oregon 97205
503-220-1810

Attorney for RSP & Associates LLC

**SO ORDERED** this ____ day of _____, 2005

```
_____
Deborah K. Chasanow
United States District Court Judge
```

~BALT1:4150681.v1 |2/7/05
308078-20