UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC.<br><br>and<br><br>CoSTAR GROUP, INC.,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>RSP & ASSOCIATES, LLC,<br>　　　　　　Defendant. | Civil Action No. DKC04-3520 |

**STIPULATION TO EXTEND TIME TO RESPOND**

Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. stipulate that Defendant RSP & Associates, LLC may have until Friday, April 15, 2005 to respond to the Amended Complaint.

　　　　　　　　　　_____
　　　　　　　　　　Hugh J. Marbury (Fed. Bar No. 24653)
　　　　　　　　　　DLA Piper Rudnick Gray Cary LLP
　　　　　　　　　　6225 Smith Avenue
　　　　　　　　　　Baltimore, Maryland 21209
　　　　　　　　　　410-580-3000
　　　　　　　　　　410-580-3001 (facsimile)

　　　　　　　　　　Keith W. Medansky
　　　　　　　　　　Alan S. Dalinka
　　　　　　　　　　DLA Piper Rudnick Gray Cary LLP
　　　　　　　　　　203 North LaSalle Street, Suite 1800
　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　312-368-4000
　　　　　　　　　　312-236-7516 (facsimile)

　　　　　　　　　　Attorneys for CoStar Realty Information, Inc.
　　　　　　　　　　and CoStar Group, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2005, a copy of the Stipulation to Extend Time to Respond was mailed, postage prepaid, to Timothy P. Landis, Esquire, Pioneer Park Building, Suite 504, 715 SW Morrison Street, Portland, Oregon 97205, attorney for RSP & Associates LLC.

_____
Hugh J. Marbury

**SO ORDERED** this ____ day of _____, 2005.

_____
Deborah K. Chasanow
United States District Court Judge