# TIMOTHY LANDIS, P.C.
## ATTORNEYS AT LAW

ONE S.W. COLUMBIA STREET, SUITE 1110 · PORTLAND, OREGON 97258
TELEPHONE 503.220.1331 · FAX 503.227.7829

March 18, 2005

The Honorable Deborah K. Chasanow
Greenbelt Federal Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

**Re:** *CoStar Realty Information, Inc. et. al. v. RSP & Associates, LLC*
**United States District Court, District of Maryland Case No. DKC04-3520**

Dear Judge Chasanow:

I represent RSP & Associates, LLC, an Oregon Limited Liability Company, who is the named defendant in the above-referenced case. I am a member in good standing of the Bar for the State of Oregon and the Bar for the State of Washington, as well as a member in good standing of the Bar for the United States District Court for the District of Oregon. I am not a member of the Bar for the United States District Court for the District of Maryland.

The parties have reached a full and complete settlement of this case. Accompanying this letter is one of the settlement documents, which is the Stipulation for Entry of Judgment and Permanent Injunction against my client, the defendant.

I have signed this stipulation approving it as to its form. I respectfully request that the court accept my signature and by so doing permit me to appear for the defendant Pro Hac Vice. I further respectfully request that the court excuse the defendant from retaining local Maryland counsel.

In considering this request, I respectfully call the court's attention to the following factors: (1) pursuant to local rule 101, the court has the discretion to grant the request, (2) there are no appearances in this court by defendant, beyond the enclosed stipulation, that would reasonably necessitate local Maryland counsel, and (3) the case is fully settled and granting the request promotes judicial efficiency and allows the parties to bring swift closure to this matter.

I also call the court's attention to the fact that I have disclosed to my client that I am not a member of the Bar of this court, and I have, prior to settlement of this case, advised my client to retain local Maryland counsel. My client, on his own doing and despite such disclosure and advice, has decided against retaining counsel in Maryland. It is defendant's desire to not retain local Maryland counsel.

The Honorable Deborah K. Chasanow
March 18, 2005
Page 2

I also call the court's attention to the fact that defendant has been a client of mine for a period of time extending beyond the past seven (7) years. I have a long term relationship with the defendant and have routinely represented it on matters locally in Oregon and Washington.

I have conferred with counsel for plaintiff regarding my request to appear Pro Hac Vice without local Maryland counsel, and counsel for plaintiff does not oppose the request.

Thank you in advance for your consideration of these circumstances and the request that I am presenting to the court herein.

Sincerely,

Timothy P. Landis

TPL/ms
cc: Hugh J. Marbury, Esq.
cc: Keith W. Medansky, Esq.
cc: RSP & Associates, LLC